

# NUMBER 13-09-00576-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GLENDA POSTERT,                                                      Appellant,

## v.

CALHOUN COUNTY,                                                      Appellee.

### On appeal from the 135th District Court
### of Calhoun County, Texas.

# O R D E R

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on counsel's failure to return the original exhibit in volume 3 of the clerk's record to the Court. On August 24, 2012, the Court granted appellant's motion to withdraw original exhibit in volume 3 of the clerk's record, a

multicolored map, to appellant's counsel for a period of thirty days, until September 24, 2012. The clerk's office has contacted appellant's counsel requesting the original exhibit be returned. As of this date, the original exhibit has not been returned.

Appellant's counsel, O.F. Jones III, is hereby ORDERED to return the original exhibit in volume 3 of the clerk's record to this Court on or before April 21, 2014. The Clerk of this Court is ORDERED to serve a copy of this order on O.F. Jones III by certified mail, return receipt requested.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
14th day of April, 2014.

2